## 10004. McRae v. The State.

Broyles, P. J. The indictment, drawn under section 22 of the act approved March 28, 1917 (Acts of Extraordinary Session, March 20-28, 1917, p. 18), sufficiently charged a criminal offense under the laws of this State, and was not subject to the demurrer interposed. Accordingly the court did not err in overruling the demurrer and in refusing to quash the indictment.

Judgment affirmed. Bloodworth and Harwell, JJ., concur.

Decided November 7, 1918.

Indictment for manufacture of intoxicating liquor; from Wilcox superior court—Judge Crum. June 26, 1918.

The indictment charged the accused with "the offense of making liquor, for that," on the 12th day of May, 1918, in Wilcox county, he did "unlawfully and with force and arms knowingly permit and allow to be located on his premises and did possess apparatus for the manufacture of intoxicating liquors, wines, and beers, contrary to the laws," etc. The demurrer was on the following grounds: (1) No offense is charged. (2) The indictment fails to allege by whom the apparatus for the manufacture of liquors was located on the premises of the defendant. The contrary not appearing, the presumption would be that the apparatus was located on the said premises and in the possession of the defendant; which, if true, would constitute no offense against the laws of this State. (3) There should be stricken from the indictment the words, "and did possess;" for these words, taken in connection with the words, "apparatus for the manufacture of intoxicating liquors," etc., would constitute no offense.

M. B. Cannon, for plaintiff in error.

J. B. Wall, solicitor-general, contra.